# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 03-10011-CR-KING(s)
18 U.S.C. § 371
8 U.S.C. § 1324(a)(2)(B)(ii)
8 U.S.C. § 1324(a)(2)(B)(iii)
8 U.S.C. § 1324(b)
18 U.S.C. § 982(a)(6)(A)



UNITED STATES OF AMERICA

Unsealed _____

vs.

**LIVAN ALFONSO RAAD and**
**JOYSET ULLOA-MARTINEZ,**

**Defendants.**

_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### (Conspiracy)

Beginning as early as April 2002, the exact date being unknown to the Grand Jury, and continuing through on or about July 30, 2002, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**LIVAN ALFONSO RAAD and**
**JOYSET ULLOA-MARTINEZ,**

knowingly and willfully combined, conspired, confederated, and agreed with Jose Oscar Torres-Cruz, Alexis Ulloa-Martinez, and with others known and unknown to the Grand Jury, to commit offenses against the United States, that is:

(a) to bring aliens to the United States, for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, regardless of any future official action which may be taken with respect to such aliens, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii); and

(b) to bring aliens to the United States, and not upon arrival immediately bring and present such aliens to an appropriate immigration officer at a designated port of entry, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, regardless of any future official action which may be taken with respect to such aliens, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

<u>**Overt Acts**</u>

In furtherance of the conspiracy described herein, at least one or more of the conspirators committed, in the Southern District of Florida, and elsewhere, one of more of the following overt acts:

1.    In or about April of 2002, the exact date being unknown to the Grand Jury, LIVAN ALFONSO RAAD and JOYSET ULLOA-MARTINEZ spoke with Jose Oscar Torres-Cruz and Alexis Ulloa-Martinez about smuggling Cuban nationals into the United States.

2.    In or about June of 2002, the exact date being unknown to the Grand Jury, LIVAN ALFONSO RAAD and JOYSET ULLOA-MARTINEZ spoke with Jose Oscar Torres-Cruz and

2

Alexis Ulloa-Martinez at the La Palomilla Mar Café about smuggling Cuban nationals into the United States.

3.      On or about June 27, 2002, LIVAN ALFONSO RAAD and JOYSET ULLOA-MARTINEZ met with Jose Oscar Torres-Cruz and Alexis Ulloa-Martinez at a condominium, located at 6345 Collins Avenue, TH-3, Miami Beach, Florida.

4.      On or about June 30, 2002, LIVAN ALFONSO RAAD gave the keys of a 2002 32' Carrera go-fast vessel, FL 7614 LW, registered in the name of "Livan Alfonso" to Jose Torres-Cruz.

5.      On or about July 1, 2002, Jose Oscar Torres-Cruz and Alexis Ulloa-Martinez used a 32' Carrera go-fast vessel, FL 7614 LW, to transport approximately thirty-three Cuban nationals from Cuba to Bahia Honda State Park, in Monroe County, Florida.

6.      On or about July 1, 2002, Jose Oscar Torres-Cruz and Alexis Ulloa-Martinez off-loaded approximately thirty-three Cuban nationals at Bahia Honda State Park, in Monroe County, Florida.

All in violation of Title 18, United States Code, Section 371.

### COUNTS 2-34
**(Bringing in Aliens for Private Financial Gain)**

On or about July 1, 2002, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**LIVAN ALFONSO RAAD and
JOYSET ULLOA-MARTINEZ,**

knowingly aided and abetted the bringing of aliens to the United States, as set forth in Counts 2 through 34 below, for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come

to, enter, and reside in the United States, regardless of any future official action which may be taken

with respect to such aliens:

| Count | Alien Name |
|-------|------------|
| 2 | Juvenile Female #1 (K.S-V) |
| 3 | Lidise G. Valdez-Martinez |
| 4 | Lazaro Alonzo-Cruz |
| 5 | Juvenile Male #1 (L.A-G) |
| 6 | Faustino Fleita-Hernandez |
| 7 | Luis Gomez-Brito |
| 8 | Jorge L. Gonzalez-Almeida |
| 9 | Mavis Gonzalez-Piedra |
| 10 | Dania Hernandez-Pineda |
| 11 | Regino Hernandez-Vera |
| 12 | Felipe Ledesma-Rodriguez |
| 13 | Elizeo Martinez-Vichot |
| 14 | Regla Del Carmen Sanchez Alpizar |
| 15 | Calixto J. Romero-Del Valle |
| 16 | Juvenile Female #2 (Y.R-O) |
| 17 | Robert Hernandez-Diaz |
| 18 | Neida Mendoza-Aponte |
| 19 | Vilma Piedra-Veliz |
| 20 | Domingo Y. Mena-Cabrera |
| 21 | Adrian Alonso-Guerra |
| 22 | Sonia B. Martinez-Gonzalez |
| 23 | Eduardo Vazquez-Parada |
| 24 | Alexis Villera-Cardenzel |
| 25 | Juan C. Aimera-Romero |
| 26 | Juan F. Carrasco-Beltran |
| 27 | Juvenile Female #3 (J.D-F) |
| 28 | Eugelia A. Fals-Montero |
| 29 | Lidia E. Fals-Montero |
| 30 | Juvenile Male #2 (B.F-R) |
| 31 | Juvenile Male #3 (L.G-H) |
| 32 | Matilde G. Gonzalez-Garces |
| 33 | Yanelis Juvier-Ortiz |
| 34 | Jorge L. Lee-Hernandez |

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18,

United States Code, Section 2.

4

<u>**COUNTS 35-67**</u>
**(Bringing in Aliens at a Place Other Than Designated Port of Entry)**

On or about July 1, 2002, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**LIVAN ALFONSO RAAD and**
**JOYSET ULLOA-MARTINEZ,**

knowingly aided and abetted the bringing of aliens to the United States, as set forth in Counts 35 through 67 below, and did not upon arrival immediately bring and present such aliens to an appropriate immigration officer at a designated port of entry, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, regardless of any future official action which may be taken with respect to such aliens:

| <u>Count</u> | <u>Alien Name</u> |
|---|---|
| 35 | Juvenile Female #1 (K.S-V) |
| 36 | Lidise G. Valdez-Martinez |
| 37 | Lazaro Alonzo-Cruz |
| 38 | Juvenile Male #1 (L.A-G) |
| 39 | Faustino Fleita-Hernandez |
| 40 | Luis Gomez-Brito |
| 41 | Jorge L. Gonzalez-Almeida |
| 42 | Mavis Gonzalez-Piedra |
| 43 | Dania Hernandez-Pineda |
| 44 | Regino Hernandez-Vera |
| 45 | Felipe Ledesma-Rodriguez |
| 46 | Elizeo Martinez-Vichot |
| 47 | Regla Del Carmen Sanchez Alpizar |
| 48 | Calixto J. Romero-Del Valle |
| 49 | Juvenile Female #2 (Y.R-O) |
| 50 | Robert Hernandez-Diaz |
| 51 | Neida Mendoza-Aponte |

5

| 52 | Vilma Piedra-Veliz |
| 53 | Domingo Y. Mena-Cabrera |
| 54 | Adrian Alonso-Guerra |
| 55 | Sonia B. Martinez-Gonzalez |
| 56 | Eduardo Vazquez-Parada |
| 57 | Alexis Villera-Cardenzel |
| 58 | Juan C. Aimera-Romero |
| 59 | Juan F. Carrasco-Beltran |
| 60 | Juvenile Female #3 (J.D-F) |
| 61 | Eugelia A. Fals-Montero |
| 62 | Lidia E. Fals-Montero |
| 63 | Juvenile Male #2 (B.F-R) |
| 64 | Juvenile Male #3 (L.G-H) |
| 65 | Matilde G. Gonzalez-Garces |
| 66 | Yanelis Juvier-Ortiz |
| 67 | Jorge L. Lee-Hernandez |

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

## FORFEITURE

1. The allegations of Counts 1 through 67 of this Indictment are re-alleged, and by this reference fully incorporated herein, for the purpose of alleging forfeitures to the United States of America of property in which the defendants have an interest pursuant to the provisions of Title 8, United States Code, Section 1324(b) and Title 18, United States Code, Section 982(a)(6)(A).

2. Upon the conviction of any violation of Title 8, United States Code, Section 1324(a), the defendants, LIVAN ALFONSO RAAD and JOYSET ULLOA-MARTINEZ shall forfeit to the United States any conveyance, including any vessel, vehicle, or aircraft, that has been or is being used in the commission of a violation of subsection (a) of Title 8, United Stated Code, Section 1324, the gross proceeds of such violation, and any property traceable to such conveyance or proceeds

6

pursuant to the provisions of Title 28, United States Code, Section 2461, Title 8, United States Code, Section 1324(b), and the procedures outlined in Title 21, United States Code, Section 853.

     3.    Upon the conviction of any of the offenses alleged in Counts 1 through 67, the defendants LIVAN ALFONSO RAAD and JOYSET ULLOA-MARTINEZ shall, pursuant to Title 18, United States Code, Section 982(a)(6)(A), forfeit to the United States:

     (A) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which the defendants are convicted; and

     (B) any property, real or personal -

     (i) that constitutes, or is derived from or is traceable to the proceeds obtained from the commission of the offense of which the defendants are convicted; or

     (ii) that is used to facilitate, or is intended to be used to facilitate, the commission of the offense of which the defendants are convicted.

     4.  The property subject to forfeiture includes, but is not limited to:

     (A)    the sum of $20,000.00

     (B)    Real property as follows:

          1.    a condominium located at 6345 Collins Avenue, TH-3, Miami Beach, Florida 33141-4665, more specifically described as The Casablanca Condo Unit TH-3 Undiv 0.003507% INT In Common Elements Off Rec 16540-71 OR 29979-4002 1001 1

          2.    La Palomilla Mar Café, Inc. located at 6345 Collins Avenue, Miami Beach, Florida 33141

    (C)    2002 32' Carrera Sport Fishing Boat, FL 7614 LW, together with its engines, gear and tackle.

5.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by reference by Title 18, United States Code, Section 982(b), if the property described above as being subject to forfeiture, as a result of any act or omission of the defendants,

    (A)    cannot be located upon due diligence;

    (B)    has been transferred, or sold to, or deposited with a third party;

    (C)    has been placed beyond the jurisdiction of the Court;

    (D)    has been substantially diminished in value; or

    (E)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek the forfeiture of other property of the defendants up to the value of the above-described forfeitable property.

All pursuant to Title 8, United States Code, Section 1324(b), Title 18, United States Code, Section 982(a)(6)(A), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.

A TRUE BILL

FOREPERSON

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY

8

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

**LIVAN ALFONSO RAAD
and JOYSET ULLOA-MARTINEZ,**
Defendants.
_____

CASE NO.   03-10011-CR-KING(s)   _____

## CERTIFICATE OF TRIAL ATTORNEY*

FILED by ____ D.C.

APR 9 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. WEST

**Superseding Case Information**

New Defendant(s)          Yes  X
Number of New Defendants  _____
Total number of counts    _____

**Court Division:** (Select One)

____ Miami    _X_ Key West
____ FTL      ____ WPB  ____ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:          (Yes or No) _Yes_____
    List language and/or dialect  _Spanish_____

4.  This case will take  _4__  days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                          (Check only one)

    | | | | | | |
    |---|---|---|---|---|---|
    | I   | 0  to  5 days      | _X_   | Petty   | _____ |
    | II  | 6  to 10 days      | _____ | Minor   | _____ |
    | III | 11 to 20 days      | _____ | Misdem. | _____ |
    | IV  | 21 to 60 days      | _____ | Felony  | _X_   |
    | V   | 61 days and over   | _____ | | |

6.  Has this case been previously filed in this District Court? (Yes or No) _Yes_
    If yes:
    Judge: _King_____          Case No. _03-10011-CR-KING_____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter? (Yes or No) _No_____
    If yes:
    Magistrate Case No.  _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____  District of _____

    Is this a potential death penalty case? (Yes or No)____No_____

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No   If yes, was it pending in the Central Region?___ Yes ___ No

8.  Did this case originate in the Narcotics Section, Miami?___ Yes  _X_ No

YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0794686

**\*Penalty Sheet(s) attached**                                      REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### *PENALTY SHEET*

FILED by ___ D.C.
APR 9 2003
CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF ___ EST

Defendant's Name: <u>Livan Alfonso-Raad</u>          Case No: <u>03-10011-CR-KING(s)</u>

| | |
|---|---|
| Count #: 1: | CONSPIRACY |
| | Title 18, United States Code, Section 371 |
| *Max Penalty: | Five (5) Years' Imprisonment |
| | |
| Counts #: 2-34: | ALIEN SMUGGLING FOR PROFIT |
| | Title 8, United States Code, Section 1324(a)(2)(B)(ii) |
| *Max Penalty: | Fifteen (15) Years' Imprisonment |
| | |
| Counts #: 35-67: | ALIEN SMUGGLING |
| | Title 8, United States Code, Section 1324(a)(2)(B)(iii) |
| *Max Penalty: | Fifteen (15) Years' Imprisonment |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

*Refers only to possible terms of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### *PENALTY SHEET*

FILED by _____ D.C.

APR 9 2003

CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF             /EST

Defendant's Name: Joyset Ulloa-Martinez          Case No: 03-10011-CR-KING(s)

| | |
|---|---|
| Count #: 1: | CONSPIRACY |
| | Title 18, United States Code, Section 371 |
| *Max Penalty: | Five (5) Years' Imprisonment |
| | |
| Counts #: 2-34: | ALIEN SMUGGLING FOR PROFIT |
| | Title 8, United States Code, Section 1324(a)(2)(B)(ii) |
| *Max Penalty: | Fifteen (15) Years' Imprisonment |
| | |
| Counts #: 35-67: | ALIEN SMUGGLING |
| | Title 8, United States Code, Section 1324(a)(2)(B)(iii) |
| *Max Penalty: | Fifteen (15) Years' Imprisonment |
| | |
| | |
| | |
| | |
| | |
| | |

*Refers only to possible terms of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

JJO

U.S. District Court
FLS - Southern District of Florida Key West

CRIMINAL DOCKET FOR CASE #: 03-CR-10011

USA v. Raad                                          Filed: 03/05/03
Assigned to: James Lawrence King

Dkt # in other court: None

04/03/03    17     RESPONSE to Standing Discovery Order by USA   as to Livan
                   Alfonso Raad (hd) [Entry date 04/04/03]

04/09/03    18     SCHEDULING ORDER as to Livan Alfonso Raad setting Calendar
                   Call for 2:00 p.m. on 7/10/03; Jury Trial set for 7/14/03
                   before Judge James Lawrence King (Signed by Judge James
                   Lawrence King on 4/7/03) [EOD Date: 4/10/03] CCAP (mh)
                   [Entry date 04/10/03]

04/09/03    19     SEALED DOCUMENT (sp) [Entry date 04/14/03]

04/09/03    20     SEALED DOCUMENT (sp) [Entry date 04/14/03]

04/09/03    21     SEALED DOCUMENT (sp) [Entry date 04/14/03]

04/09/03    22     SEALED DOCUMENT (sp) [Entry date 04/14/03]

04/15/03    23     ORDER as to Livan Alfonso Raad unsealing defendant's case (
                   Signed by Magistrate Judge William C. Turnoff on 4/14/03)
                   [EOD Date: 4/16/03] CCAP (tb) [Entry date 04/16/03]

Attached to D.E. # ___21___