**05-10120 CIV-KING** MAGISTRATE JUDGE WHITE

AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District SOUTHERN DISTRICT OF FLORIDA | |
|---|---|---|
| Name of Movant LIVAN ALFONSO RAAD | Prisoner No. 63162-004 | Case No. 03-CR-10011-ALL |
| Place of Confinement FEDERAL MEDICAL CENTER-FT.WORTH  FT.WORTH, TX. 76119 P.O.BOX 15330 | | |
| UNITED STATES OF AMERICA      v.      LIVAN ALFONSO RAAD  (name under which convicted) | | |

### MOTION

1. Name and location of court which entered the judgment of conviction under attack SOUTHERN DISTRICT OF FLORIDA-MIAMI, FLORIDA

2. Date of judgment of conviction SEPT.29,2003 .

3. Length of sentence 60 MONTHS

4. Nature of offense involved (all counts) 18 USC 371, COUNT ONE, 8 USC 1324 AS TO COUNT THREE, AND 18 USC 982 AS TO COUNT 4-ALL TO RUN CONCURRENTLY

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

cat/div 4:05 CV
Case # 10120
Judge King   Mag White
Mctn Ifp
Receipt #          Fee pd $ No Fee

(2)

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __11TH CIRCUIT COURT OF APPEALS__

   (b) Result __DENIED__

   (c) Date of result __JULY OF 2005__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court __U.S. SUPREME COURT__

      (2) Nature of proceeding __CERTIORARI__

      (3) Grounds raised __BOOKER V. UNITED STATES__

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
      Yes ☐ No ☒

      (5) Result __DENIED__

      (6) Date of result __OCTOBER 3, 2005__

   (b) As to any second petition, application or motion give the same information:

      (1) Name of court __NA/__

      (2) Nature of proceeding __NA/__

      __NA/__

      (3) Grounds raised __NA/__

      __NA/__

      __NA/__

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result __NA/__

(6) Date of result __NA/__

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐ No ☒
(2) Second petition, etc.   Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

**XXXXXX**

12. State concisely every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __INEFFECTIVE COUNSEL AT TRIAL AND SENTENCING__

Supporting FACTS (state *briefly* without citing cases or law) __SEE MEMORANDUM IN SUPPORT OF 28 USC 2255 MOTION__

B. Ground two: __INEFFECTIVE COUNSEL AS TO SECURING A WRITTEN PLEA AGREEMENT__

Supporting FACTS (state *briefly* without citing cases or law): __SEE MEMORANDUM IN SUPPORT OF 28 USC 2255 MOTION.__

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): __XXXXX__

AO 241 (Rev. 5/85)

C. Ground three: __XXXXXXXXXXXX__

Supporting FACTS (state *briefly* without citing cases or law):
__XXXXXXXXXXXX__

D. Ground four __XXXXXXXXXXXX__

Supporting FACTS (state *briefly* without citing cases or law):
__XXXXXXXXXXXX__

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:
    __XXXXXXXXXXX__

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing __ALEXANDER JOHN MICHAELS, 1507 N.W. 14TH STREET__
    __MIAMI, FLORIDA  33125__

    (b) At arraignment and plea __SAME AS ABOVE__

(6)

AO 243 (Rev. 5/85)

(e) On appeal __SAME AS ABOVE__

(f) In any post-conviction proceeding __NA/__

(g) On appeal from any adverse ruling in a post-conviction proceeding __NA/__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future: __NA/__

   (b) Give date and length of the above sentence: __NA/__

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__10/25/05__
(date)

_____
Signature of Movant

(7)